UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONNA GUCCIONE,

                Plaintiff,

      -against-

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

                Defendant.

Case No.: 2:11-cv-1756-ADS-ETB

NOTICE OF SETTLEMENT

      NOW COMES the Plaintiff, Donna Guccione, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

      Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                          RESPECTFULLY SUBMITTED,

                                          by: /s/ Adam T. Hill
                                          Adam T. Hill
                                          KROHN & MOSS, LTD.
                                          10 N. Dearborn, 3rd Floor
                                          Chicago, Illinois 60602
                                          (312) 578-9428
                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 27, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                            s/ Adam T. Hill____
                                            Adam T. Hill
                                            Attorney for Plaintiff