UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA GUCCIONE,<br><br>       Plaintiff,<br><br>    -against-<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC,<br><br>       Defendant. | Case No.: 2:11-cv-1756-ADS-ETB<br><br>**STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, DONNA GUCCIONE and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, stipulate, and the Court hereby orders, as follows:

  The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DONNA GUCCIONE, against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC,, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: November 16, 2011        KROHN & MOSS, LTD.

/s/ Adam T. Hill
Adam T. Hill, Esq.
10 N. Dearborn, 3rd Floor
Chicago, Illinois 60602
Phone:  312-578-9428
Fax:  866-289-0898
ahill@consumerlawcenter.com
Attorney for Plaintiff,
DONNA GUCCIONE


Dated: November 16, 2011        MAURICE & NEEDLEMAN, PC

/s/ RACHEL MARIN
RACHEL MARIN
Portfolio Recovery Associates, LLC
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
(908) 237-4544
(908) 237-4551
rmarin@mnlawpc.com
 Attorney for Defendant,
PORTFOLIO RECOVERY ASSOCIATES, LLC