UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONNA GUCCIONE,

          Plaintiff,

-against-

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

          Defendant.



Case No.: 2:11-cv-1756-ADS-ETB

**STIPULATION OF DISMISSAL**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, DONNA GUCCIONE and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, DONNA GUCCIONE, against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC,, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: November 16, 2011          KROHN & MOSS, LTD.

/s/ Adam T. Hill
Adam T. Hill, Esq.
10 N. Dearborn, 3rd Floor
Chicago, Illinois 60602
Phone: 312-578-9428
Fax: 866-289-0898
ahill@consumerlawcenter.com
Attorney for Plaintiff,
DONNA GUCCIONE


Dated: November 16, 2011          MAURICE & NEEDLEMAN, PC

/s/ RACHEL MARIN
RACHEL MARIN
Portfolio Recovery Associates, LLC
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
(908) 237-4544
(908) 237-4551
rmarin@mnlawpc.com
Attorney for Defendant,
PORTFOLIO RECOVERY ASSOCIATES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONNA GUCCIONE,

               Plaintiff,

-against-

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

               Defendant.

Case No.: 2:11-cv-1756-ADS-ETB

[PROPOSED] ORDER OF DISMISSAL

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Foregoing Stipulation Is Approved And Is So Ordered.

Signed this 22nd day of November, 2011

*Case Closed*

United States District Judge
Arthur D. Spatt